1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian K. Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979
3  larrychae@bickellawfirm.com
   701 B Street, Suite 1200
4  San Diego, California 92101
   Telephone:  (619) 374-4100
5  Facsimile:   (619) 231-9040

6  Attorneys for Plaintiff AZAR MOUZARI

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 AZAR MOUZARI,                    ) Case No. CV11-06751 JAK (PLAx)
                                    )
                                    ) Dist. Judge: Hon. John A. Kronstadt
12              Plaintiff,           ) Mag. Judge: Hon. Paul L. Abrams
                                    )
13     vs.                          )
                                    ) ORDER GRANTING STIPULATION
14 MERCEDES-BENZ USA, LLC, and      ) TO DISMISS THE ACTION
   DOE 1 through DOE 10 inclusive,  )
15                                  ) JS-6
                Defendants,          )
16                                  )
   _____  )
17

18      GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is
19 hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.
20

21

22 Date: January 8, 2013            _____
23                                  Honorable John A. Kronstadt

24

25

26

27

28

---
                                    1
                    ORDER DISMISSING THE ACTION                CV11-06751 JAK (PLAx)