THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff AZAR MOUZARI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAR MOUZARI,<br><br>               Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>               Defendants,<br>_____ | Case No. CV11-06751 JAK (PLAx)<br><br>Dist. Judge: Hon. John A. Kronstadt<br>Mag. Judge: Hon. Paul L. Abrams<br><br>ORDER GRANTING STIPULATION TO DISMISS THE ACTION<br><br>JS-6 |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: January 8, 2013

_____
Honorable John A. Kronstadt